UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB RUSSELL WILLIAMS,<br><br>    Petitioner,<br><br>  vs.<br><br>ROBERT WONG, as Acting Warden of California State Prison at San Quentin,<br><br>    Respondent. | Case No. 1:09-cv-01068-OWW<br><br><u>DEATH</u> <u>PENALTY</u> <u>CASE</u><br><br>ORDER APPOINTING COUNSEL AND INITIATING CASE MANAGEMENT PROCEDURES |

    This matter is before the Court on the request of Petitioner Bob Russell Williams ("Williams") for appointment of counsel and the ensuing recommendation of the Selection Board for the Eastern District of California regarding Williams' request. The Court's decision as to the appointment of counsel is informed by the June 25, 2009 letter from the Selection Board over the signature of Assistant Federal Defender Joseph Schlesinger.

    The Selection Board has recommended joint representation of Williams by the Capital Habeas Unit of the Federal Defender's Office and private attorney Tim Brosnan. The Court adopts this recommendation. Assistant Federal Defender Harry W. Simon is designated as the attorney from the Federal Defender's Office assigned to the case along with Mr. Brosnan.

    Counsel for the parties (including for Respondent Robert Wong, as Acting Warden of San Quentin State Prison) shall familiarize themselves with the Guide to Case Management and Budgeting in Capital Habeas Cases, Eastern District of California, Fresno Division (hereafter the "Attorney Guide"), most recently updated in July 2009, and posted on the Court's web-page (under Fresno, "Attorney Info," "Forms"). Both parties are asked to complete the Confidential Case Evaluation Form

(Appendix B to the Attorney Guide). *See* Attorney Guide, ¶46. The Court will maintain each Confidential Case Evaluation Form under seal, unless the party filing the Form elects to file it publicly. The Case Evaluation Forms shall be filed by July 17, 2009.

Mr. Brosnan and Mr. Simon are directed to prepare a case management plan and budget for Phase I of the litigation in accordance with the Attorney Guide. The proposed case management plan and budget shall be supported by properly subscribed declarations. *See* Attorney Guide, ¶ 14. Although only Mr. Brosnan's services will be budgeted, in order to evaluate the reasonableness of services he proposes to provide, resources to be allocated by the Federal Defender's Office also must be disclosed. In submitting the proposed budget, Mr. Brosnan shall also complete the Rate Justification Worksheet (Appendix A to the Attorney Guide) so the Court can establish a reimbursement rate for his professional services. The Phase I case management plan and budget shall be filed under seal by Thursday, July 30, 2009 .

The Court will conduct a telephonic case management and budget conference at 12:00 noon on August 6, 2009 with counsel for Williams initiating the call. All counsel shall participate in the case management portion of the call. Counsel shall be prepared to discuss the statute of limitations, a timetable for the filing of the petition, and a protective petition, if necessary, the time necessary to assemble the record, and a date for the Warden to lodge the state record. Counsel for the Warden will then be excused so that confidential matters pertaining to a proposed budget for Phase I can be resolved.

IT IS SO ORDERED.

Dated:   July 10, 2009

                                      /s/ Oliver W. Wanger
                                      Oliver W. Wanger
                                    United States District Judge