1

2

3

4

5

6                              UNITED STATES DISTRICT COURT

7                               EASTERN DISTRICT OF CALIFORNIA

8

9   BOB RUSSELL WILLIAMS                    )      Case No. 1:09-cv-01068-OWW
                                            )
10                      Petitioner,          )      DEATH PENALTY CASE
                                            )
11       vs.                                 )      ORDER FOLLOWING PHASE II CASE
                                            )      MANAGEMENT CONFERENCE
12  ROBERT WONG, as ActingWarden            )
    of San Quentin State Prison,            )      DATE:         October 29, 2009
13                                           )      TIME:         12:00 noon
                        Respondent.          )      COURTROOM THREE
14  _____)

15       This matter came on for a Phase II case management conference ("CMC") on October 29, 2009,

16  in the above-entitled court, the Honorable Oliver W. Wanger, presiding.  Petitioner Bob Russell

17  Williams ("Williams") appeared telephonically by and through his counsel of record, Assistant Federal

18  Defender Harry W. Simon and CJA attorney Tim Brosnan.  Deputy Attorney General Craig S. Meyers,

19  counsel of record for Respondent Robert K. Wong, as Acting Warden of San Quentin State Prison (the

20  "Warden") inadvertently failed to calendar the CMC and was not available.  Williams clarified that he

21  will file both a federal petition and a state exhaustion petition within the limitations period and will seek

22  abeyance of federal proceedings during exhaustion of his state remedies.  On the day following the

23  CMC, Mr. Meyers contacted court staff and relayed that the Warden could not commit to a position on

24  abeyance at this time, though he would not contest abeyance if it appeared justified.

25       Given the parties' respective litigation perspectives and strategies, the following course for Phase

26  II of this litigation is established:

27  1.    The statute of limitations for Williams' federal petition expires on June 10, 2010.

28  2.    Williams will file his federal petition, as well as a state exhaustion petition by June 9, 2010.

09dp01068.OFollPhaseIICMC.Wil.wpd                    1

3.  Abeyance is not a complex issue; it is informed by the requirements of *Rhines v. Weber*, 544 U.S. 269, 277-78 (2005).  Given the Warden's anticipated reasonableness and the simplicity of the inquiry, Williams shall file a basic motion requesting abeyance within one calendar week of filing the federal petition.

4.  In the event abeyance is ordered, Williams, through his appointed counsel, shall file quarterly reports explaining the status of state exhaustion proceedings.  The start date for the quarterly reports will be given in the abeyance order.

5.  Once state exhaustion proceedings are resolved, Williams will file a notice of ruling of the California Supreme Court.

6.  If the state exhaustion petition is resolved against Williams, within 60 days from notice of this ruling, the Warden shall file an answer in compliance with Rule 5 of the Rules Governing § 2254 Cases, including all procedural and substantive defenses.  The answer shall be filed without points and authorities.  Procedural default will not be litigated in advance of merits briefing.

7.  Within 30 days from the Warden's filing of the answer, the parties shall meet and confer to discuss their respective positions about the exhaustion status and timeliness of the petition.

8.  Within 45 days from the Warden's filing of the answer, the parties shall file a joint statement setting forth their respective positions regarding the exhaustion status and timeliness of the petition.

9.  If exhaustion is disputed, Williams shall contact the courtroom deputy clerk to schedule a second Phase II CMC to be set within 60 days of the filing of the Warden's answer.  If the parties agree the federal petition is fully exhausted and timely, this second CMC can be avoided.  Instead, Williams will be directed to prepare a Phase III budget and case management plan, and date for the Phase III will be scheduled.

SO ORDERED.

Dated:      November 4, 2009

/s/ Oliver W. Wanger
Oliver W. Wanger
United States District Judge