1DANIEL J. BRODERICK, #89424
Federal Defender
HARRY SIMON, Bar #133112
Assistant Federal Public Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700
Email: harry_simon@fd.org

TIMOTHY JOSEPH BROSNAN, Bar #75938
1116 Guerrero Street
San Francisco, CA 94110
(415) 285-5417
Email: brosnant@pacbell.net

Attorneys for Petitioner,
BOB RUSSELL WILLIAMS, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB RUSSELL WILLIAMS, JR., | CASE NO. 1:09-CV-1068-OWW |
| Petitioner, | DEATH PENALTY CASE |
| v. | **ORDER GRANTING ABEYANCE PENDING EXHAUSTION OF STATE COURT REMEDIES** |
| VINCENT CULLEN, as Warden of San Quentin State Prison, | |
| Respondent. | |

Petitioner Bob Russell Williams, Jr. ("Williams") is a prisoner under sentence of death by the Kern County Superior Court. On December 28, 2006, the California Supreme Court issued its decision in Williams' direct appeal affirming his convictions and death sentence. *People v. Williams*, 40 Cal.4th 287 (2006). On May 31, 2007, Williams filed a Petition for Writ of Certiorari to the California Supreme Court in the United States Supreme Court. The United States Supreme Court denied certiorari on October 1, 2007. *Williams v. California*, 552 U.S. 874 (2007).

1

On September 19, 2005, Williams filed a Petition for Writ of Habeas Corpus with the California Supreme Court, *In re Williams*, Case No. S137389. On June 10, 2009, the California Supreme Court issued an order denying this petition. The California Supreme Court denied all of Williams' claims on the merits. The state court denied none of Williams' claims as untimely, although Claim 1 was barred, except insofar as it raises ineffective assistance of counsel, because it was raised and rejected on appeal.

On June 17, 2009, Williams filed a motion for appointment of counsel with this Court. (Doc. 2). On July 13, 2009, this Court appointed Assistant Federal Defender Harry Simon and Tim Brosnan as counsel. (Doc. 9). On June 9, 2010, pursuant to this Court's scheduling order of November 4, 2009 (Doc. 26), Williams filed a state petition for writ of habeas corpus in *In Re Williams*, California Supreme Court Case No. S183405, and his federal petition for writ of habeas corpus. (Doc. 29).

On that same date, Williams filed a Motion to Hold Federal Proceedings in Abeyance While State Proceedings Are Pending. (Doc. 30). On June 22, 2010, Respondent Warden Vincent Cullen, as Warden of San Quentin State Prison (the "Warden") filed his Opposition to Williams' abeyance motion. (Doc. 33). On June 24, 2010, Williams filed his Reply in Support of his abeyance motion. (Doc. 35). On July 8, 2010, Williams file a Request for Leave to Submit Supplemental Authorities in support of his abeyance motion. (Doc. 38).

On July 12, 2010, this Court held a hearing on Williams' abeyance motion. Based upon the pleadings discussed above and the arguments of counsel, the Court now rules as follows:

1. Williams' Request for Leave to Submit Supplemental Authorities in Support of Motion to Hold Federal Proceedings in Abeyance (Doc. 38) is GRANTED.

2. Williams' Motion to Hold Federal Proceedings in Abeyance While State Proceedings Are Pending (Doc. 30) is GRANTED. The Court finds that abeyance is appropriate under *Rhines v. Weber*, 544 U.S. 269 (2005).

3. Williams is directed to pursue his state court claims with due dispatch. While state proceedings remain pending, Williams shall prepare and file status reports notifying this Court of the status of his state claims every six months, beginning September 1, 2010, and shall immediately notify the Court when state proceedings have been resolved.

///

IT IS SO ORDERED.

**Dated:   July 13, 2010**                              /s/ Oliver W. Wanger
                                                   UNITED STATES DISTRICT JUDGE