UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB RUSSELL WILLIAMS )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>VINCENT CULLEN, as Warden of San )<br>Quentin State Prison, )<br>)<br>Respondent. )<br>_____ ) | Case No. 1:09-cv-01068-OWW<br><br>DEATH PENALTY CASE<br><br>ORDER DIRECTING PETITIONER TO FILE HIS COMPLETE, UNREDACTED PETITION AND DIRECTING THE CLERK OF THE COURT TO FILE STAMP THE PETITION JUNE 9, 2010 |

Petitioner Bob Russell Williams ("Williams") timely filed his federal petition on June 9, 2010, including partially redacted portions of Claims 5, 8.F, and 15. Concurrently with the filing of his partially redacted petition, he sought permission to file under seal unredacted versions of Claims 5, 8.F, and 15 (doc. 31). Respondent Vincent Cullen, as Warden of San Quentin State Prison (the "Warden") filed a notice of non-opposition (doc 34).

A ruling on the request to file these claims under seal was deferred until Williams requested relief from the sealing requirement before the California Supreme Court (doc. 36). On September 3, 2010, Williams filed a status report advising that the California Supreme Court issued an order granting his motion to unseal the documents which support Claims 5, 8.F., and 15 (doc. 44). The state docket indicates that the State of California (respondent in the state court proceedings) did not oppose Williams' request to the California Supreme Court to unseal the pertinent documents and records.

Now relieved of his obligation to the California Supreme Court to maintain these supporting documents under seal, Williams may now file his complete, unredacted petition in these federal proceedings.

1  FOR GOOD CAUSE SHOWN, Williams is directed to file his complete, unredacted federal petition for a writ of habeas corpus upon receipt of this order. The Clerk is directed to file stamp the complete petition June 9, 2010.

4  SO ORDERED.

6  Dated:   September 9, 2010

/s/ Oliver W. Wanger
Oliver W. Wanger
United States District Judge