UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB RUSSELL WILLIAMS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>RON DAVIS, Warden of California State Prison at San Quentin,<br><br>　　　　Respondent. | Case No. 1:09-cv-01068-DAD-SAB<br><br>DEATH PENALTY CASE<br><br>ORDER GRANTING PETITIONER'S UNOPPOSED APPLICATION FOR FIRST EXTENSION OF TIME TO FILE OPENING BRIEF<br><br>(Doc. No. 79)<br><br>ORDER MODIFYING SCHEDULING ORDER<br><br>(Doc. No. 69) |

　　　　Before the court is a motion by petitioner Bob Russell Williams, through his counsel Assistant Federal Defender Harry Simon and appointed CJA counsel Tim Brosnan, to extend the current August 22, 2017 deadline for filing his opening brief on the applicability of 28 U.S.C. § 2254(d) to all claims in the petition to November 20, 2017. This extension of time, petitioner's first, is necessary due to unanticipated events in other cases being handled by counsel as well as other circumstances as explained in the motion.

　　　　Attorney Brosnan represents in the pending motion that on July 14, 2017, counsel for respondent, Deputy Attorney General Craig Meyers, was advised of the instant extension request and stated his non-opposition to it.

The court finds good cause to grant petitioner's requested first extension and thereupon modify the court's schedule for briefing in this case.

Accordingly,

1. Petitioner's unopposed motion for a first extension of time to file and serve his opening brief on the applicability of 28 U.S.C. § 2254(d) to all claims in the petition is granted to and including November 20, 2017.

2. Respondent's brief on the application of 28 U.S.C. § 2254(d) to all claims in the petition shall be filed and served by not later than November 20, 2018.

3. Petitioner's reply brief on the application of 28 U.S.C. § 2254(d) to all claims in the petition shall be filed and served by not later than May 23, 2019.

IT IS SO ORDERED.

Dated: **July 19, 2017**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE