1

2

3

4

5

6

7

8          UNITED STATES DISTRICT COURT

9          EASTERN DISTRICT OF CALIFORNIA

10

11    BOB RUSSELL WILLIAMS,                  Case No.  1:09-cv-01068-DAD

12              Petitioner,                  DEATH PENALTY CASE

13         v.                                ORDER GRANTING PETITIONER'S
                                             UNOPPOSED MOTION FOR SECOND
14    RON DAVIS, Warden of California State  EXTENSION OF TIME TO FILE OPENING
      Prison at San Quentin,                 BRIEF
15                                           (Doc. No. 81)
                Respondent.
16                                           ORDER MODIFYING SCHEDULING
                                             ORDER
17                                           (Doc. No. 69)

18

19

20         Before the court is a motion by petitioner Bob Russell Williams, through co-counsel

21    assistant federal defender Harry Simon and appointed CJA counsel Tim Brosnan, to extend the

22    current November 20, 2017 deadline for filing his opening brief on the applicability of 28 U.S.C.

23    § 2254(d) to all claims in the petition to December 18, 2017.  This extension of time, petitioner's

24    second, is necessary due to Mr. Brosnan's substantial responsibilities other matters.

25         Mr. Brosnan represents that counsel for respondent, deputy attorney general Craig

26    Meyers, does not oppose the requested extension.

27         The court finds good cause to grant petitioner's requested second extension and

28    thereupon modify the court's schedule in this case.

1

1     Accordingly,

2     1.    Petitioner's unopposed motion for second extension of time to file and serve his

3           opening brief on the applicability of 28 U.S.C. § 2254(d) to all claims in the

4           petition is granted to and including December 18, 2017.

5     2.    Respondent's brief on the application of 28 U.S.C. § 2254(d) to all claims in the

6           petition shall be filed and served by not later than December 18, 2018.

7     3.    Petitioner's reply brief on the application of 28 U.S.C. § 2254(d) to all claims in

8           the petition shall be filed and served by not later than June 20, 2019.

9

10 IT IS SO ORDERED.

11     Dated:   __**November 13, 2017**__         _____

                                      UNITED STATES DISTRICT JUDGE