| | |
|---|---|
| BOB RUSSELL WILLIAMS,<br><br>Petitioner,<br><br>v.<br><br>RON DAVIS, Warden of California State Prison at San Quentin,<br><br>Respondent. | Case No. 1:09-cv-01068-DAD<br><br>DEATH PENALTY CASE<br><br>ORDER GRANTING PETITIONER'S UNOPPOSED MOTION FOR FOURTH EXTENSION OF TIME TO FILE OPENING BRIEF<br>(Doc. No. 85)<br><br>ORDER MODIFYING SCHEDULING ORDER<br>(Doc. No. 69) |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Before the court is a motion brought by petitioner Bob Russell Williams, through co-counsel Assistant Federal Defender Harry Simon and appointed CJA counsel Tim Brosnan, to extend the current January 2, 2018 deadline for filing his opening brief on the applicability of 28 U.S.C. § 2254(d) to all claims in the petition to January 30, 2018. This extension of time, petitioner's fourth, is necessary due to attorney Brosnan's responsibilities in other cases and personal matters.

Attorney Brosnan represents that counsel for respondent, Deputy Attorney General Craig Meyers, does not oppose the requested extension.

/////

1

The court finds good cause to grant petitioner's requested fourth extension and thereupon modify the court's schedule in this case.

Accordingly,

1. Petitioner's unopposed motion for fourth extension of time to file and serve his opening brief on the applicability of 28 U.S.C. § 2254(d) to all claims in the petition is granted to and including January 30, 2018.
2. Respondent's brief on the application of 28 U.S.C. § 2254(d) to all claims in the petition shall be filed and served by not later than January 30, 2019.
3. Petitioner's reply brief on the application of 28 U.S.C. § 2254(d) to all claims in the petition shall be filed and served by not later than July 30, 2019.

IT IS SO ORDERED.

Dated: **December 28, 2017**

UNITED STATES DISTRICT JUDGE