UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB RUSSELL WILLIAMS,<br><br>Petitioner,<br><br>v.<br><br>RON DAVIS, Warden of California State Prison at San Quentin,<br><br>Respondent. | Case No. 1:09-cv-01068-DAD<br><br>DEATH PENALTY CASE<br><br>ORDER GRANTING PETITIONER'S UNOPPOSED MOTION FOR SEVENTH EXTENSION OF TIME TO FILE OPENING BRIEF<br>(Doc. No. 91)<br><br>ORDER MODIFYING SCHEDULING ORDER<br>(Doc. No. 69) |

Before the court is a motion by petitioner Bob Russell Williams, through co-counsel Assistant Federal Defender Harry Simon and appointed CJA counsel Tim Brosnan, to extend the current April 16, 2018 deadline for filing his opening brief on the applicability of 28 U.S.C. § 2254(d) to all claims in the petition to May 15, 2018. This extension of time, petitioner's seventh, is requested due to attorney continuing medical demands and other matters.

Attorney Brosnan represents to the court that counsel for respondent, Deputy Attorney General Craig Meyers, does not oppose the requested extension of time.

The court finds good cause to grant petitioner's requested seventh extension and will therefore modify the briefing schedule in this case.

1

Accordingly,

1. Petitioner's unopposed motion for seventh extension of time to file and serve his opening brief on the applicability of 28 U.S.C. § 2254(d) to all claims in the petition is granted to and including May 15, 2018.

2. Respondent's brief on the application of 28 U.S.C. § 2254(d) to all claims in the petition shall be filed and served by not later than May 15, 2019.

3. Petitioner's reply brief on the application of 28 U.S.C. § 2254(d) to all claims in the petition shall be filed and served by not later than November 15, 2019.

IT IS SO ORDERED.

Dated: **April 5, 2018**

UNITED STATES DISTRICT JUDGE