UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB RUSSELL WILLIAMS,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>RON DAVIS, Warden of California State Prison at San Quentin,<br><br>　　　　　Respondent. | Case No. 1:09-cv-01068-DAD<br><br>DEATH PENALTY CASE<br><br>ORDER GRANTING PETITIONER'S UNOPPOSED MOTION FOR NINTH EXTENSION OF TIME TO FILE OPENING BRIEF<br>(Doc. No. 95)<br><br>ORDER MODIFYING SCHEDULING ORDER<br>(Doc. No. 69) |

Before the court is a motion by petitioner Bob Russell Williams, through co-counsel Assistant Federal Defender Harry Simon and appointed counsel Tim Brosnan, to extend the current June 5, 2018 deadline for filing his opening brief on the applicability of 28 U.S.C. § 2254(d) to all claims in the petition to June 19, 2018. This extension of time, petitioner's ninth, is to allow for clerical finalizing of the brief and counsel's review of it prior to filing.

Mr. Brosnan represents that counsel for respondent, Deputy Attorney General Craig Meyers, does not oppose the requested extension.

The court finds good cause to grant petitioner's requested ninth extension and thereupon modify the court's schedule in this case.

1

Accordingly,

1. Petitioner's unopposed motion for ninth extension of time to file and serve his opening brief on the applicability of 28 U.S.C. § 2254(d) to all claims in the petition is granted to and including June 19, 2018.
2. Respondent's brief on the application of 28 U.S.C. § 2254(d) to all claims in the petition shall be filed and served by not later than June 19, 2019.
3. Petitioner's reply brief on the application of 28 U.S.C. § 2254(d) to all claims in the petition shall be filed and served by not later than December 19, 2019.

IT IS SO ORDERED.

Dated: **May 30, 2018**

_____
UNITED STATES DISTRICT JUDGE