| | |
|---|---|
| BOB RUSSELL WILLIAMS,<br><br>Petitioner,<br><br>v.<br><br>RON DAVIS, Warden of California State Prison at San Quentin,<br><br>Respondent. | Case No. 1:09-cv-01068-DAD<br><br>DEATH PENALTY CASE<br><br>ORDER CONDITIONALLY GRANTING MOTION TO WITHDRAW BY CJA CO-COUNSEL<br>(Doc. No. 98)<br><br>ORDER REFERRING CASE TO SELECTION BOARD FOR RECOMMENDATION OF REPLACEMENT COUNSEL |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Before the court is a motion to withdraw by Tim Brosnan, CJA co-counsel for petitioner Bob Russell Williams. The court finds this matter is amenable to decision without a hearing.

Attorney Brosnan discusses in his motion the reasons for his request and why prejudice and delay should not result from his withdrawal. Attorney Brosnan represents that he and lead counsel, Assistant Federal Defender Harry Simon, recently met with petitioner and advised him of this motion and the reasons for it being brought.

The court notes that its practice is to have the Selection Board for the Eastern District of California make all recommendations for counsel in federal capital habeas cases. See E.D. Cal. General Order 556 and Local Rule 191(c).

1

The court finds good cause to grant attorney Brosnan's request that he be relieved as petitioner's co-counsel.

Accordingly:

1. The motion to withdraw by CJA co-counsel Tim Brosnan (Doc. No. 98) is granted;

2. This matter is referred to the Selection Board for their recommendation of replacement co-counsel;

3. The Clerk of the Court is directed to serve this order upon: (i) Counsel for the parties, and (ii) The Selection Board, through Assistant Federal Defender Kelly Culshaw, Federal Defender's Office, 801 I Street, 3rd Floor, Sacramento, CA 95814.

4. Counsel for petitioner shall provide petitioner with a copy of this order.

IT IS SO ORDERED.

Dated: **July 3, 2018**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE