# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| BOB RUSSELL WILLIAMS, | Case No. 1:09-cv-01068-DAD |
|---|---|
| Petitioner, | <u>DEATH PENALTY CASE</u> |
| v. | ORDER APPOINTING COUNSEL |
| RON DAVIS, Warden of California State Prison at San Quentin, | |
| Respondent. | |

On July 3, 2018, the court granted the motion to withdraw by Tim Brosnan, CJA co-counsel for petitioner, Bob Russell Williams, and referred the case to the Selection Board for the Eastern District of California for recommendation of replacement co-counsel.

On August 9, 2018, the Selection Board recommended that the Federal Defender be appointed as sole counsel to represent petitioner.

The court will adopt the recommendation of the Selection Board.

Accordingly,

1. The Federal Defender is appointed as counsel to represent petitioner for all purposes in this proceeding pursuant to 18 U.S.C. § 3599. *See* Local Rule 191(c).

/////

1

2.   The Clerk of the Court is directed to file under seal the Selection Board's August 9, 2018 letter to the court.

    3.   The Clerk of the Court is directed to serve copies of this order on the Federal Defender, 801 I Street, Third Floor, Sacramento, California, 95814, (Ph.) 916-498-6666, (Fax.) 916-498-6656, (Email) kelly_culshaw@fd.org, harry_simon@fd.org; Ron Davis, Warden of San Quentin State Prison, San Quentin, CA 94964; and Craig Meyers, Deputy Attorney General, 1300 I Street, Suite 125, Sacramento, California, 94244-2550, (Ph.) 916-210-7691, (Fax.) 916-324-2960, (Email) craig.meyers@doj.ca.gov.

IT IS SO ORDERED.

Dated: **March 22, 2019**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE