UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB RUSSELL WILLIAMS,<br><br>    Petitioner,<br><br>    v.<br><br>RON DAVIS, Warden of California State Prison at San Quentin,<br><br>    Respondent. | Case No. 1:09-cv-01068-DAD<br><br>DEATH PENALTY CASE<br><br>ORDER GRANTING RESPONDENT'S UNOPPOSED MOTION FOR FIRST EXTENSION OF TIME TO FILE OPPOSITION BRIEF<br>(Doc. No. 102)<br><br>ORDER FURTHER MODIFYING SCHEDULING ORDERS<br>(Doc. Nos. 69 & 96) |

    Before the court is a motion by respondent warden Ron Davis, through counsel Deputy Attorney General Craig Meyers, to extend the current June 18, 2019 deadline for filing his opposition brief on the application of 28 U.S.C. § 2254(d) to all claims in the petition to August 19, 2019. This extension of time, respondent's first, is necessary due to the voluminous pleadings and record, the number and complexity of issues raised, and counsel's responsibilities in other matters.

    Mr. Meyers represents that counsel for petitioner, Assistant Federal Defender Harry Simon, does not oppose the requested extension.

/////

1       The court finds good cause to grant the instant motion and thereupon further modify the court's schedule in this case.

      Accordingly,

1. Respondent's unopposed motion for first extension of time to file and serve his opposition brief on the application of 28 U.S.C. § 2254(d) to all claims in the petition is granted to and including August 19, 2019.
2. Petitioner's reply brief on the application of 28 U.S.C. § 2254(d) to all claims in the petition shall be filed and served by not later than June 19, 2020.

IT IS SO ORDERED.

Dated: **May 13, 2019**

UNITED STATES DISTRICT JUDGE