1

2

3

4

5

6

7

8            UNITED STATES DISTRICT COURT

9            EASTERN DISTRICT OF CALIFORNIA

10

11  BOB RUSSELL WILLIAMS,                    | Case No.  1:09-cv-01068-DAD

12          Petitioner,                      | DEATH PENALTY CASE

13      v.                                   | ORDER GRANTING RESPONDENT'S
                                             | UNOPPOSED MOTION FOR FOURTH
14  RON DAVIS, Warden of California State     | EXTENSION OF TIME TO FILE
    Prison at San Quentin,                   | OPPOSITION BRIEF
15                                           | (Doc. No. 109)
            Respondent.
16                                           | ORDER FURTHER MODIFYING
                                             | SCHEDULING ORDER
17                                           | (Doc. No. 69)

18

19

20      Before the court is a motion by respondent warden Ron Davis, through counsel deputy

21  attorney general Craig Meyers, to extend the deadline for filing his opposition brief on the

22  application of 28 U.S.C. § 2254(d) to all claims in the amended petition from December 17, 2019

23  to February 16, 2020.  This extension of time, respondent's fourth, is necessary due to the

24  voluminous pleadings and record, the number and complexity of issues raised, and Mr. Meyers'

25  responsibilities in other matters and medical issues.

26      Mr. Meyers represents that counsel for petitioner, assistant federal defender Harry Simon,

27  does not oppose the requested extension.

28  /////

1

1  The court finds good cause to grant the instant motion and thereupon further modify the

2  court's schedule in this case.

3      Accordingly,

4  1.  Respondent's unopposed motion for fourth extension of time to file and serve his

5      opposition brief on the application of 28 U.S.C. § 2254(d) to all claims in the

6      amended petition is granted to and including February 16, 2020.

7  2.  Petitioner's reply brief on the application of 28 U.S.C. § 2254(d) to all claims in

8      the amended petition shall be filed and served by not later than December 21,

9      2020.

10

11  IT IS SO ORDERED.

12  Dated:   **December 3, 2019**

        _Dale A. Drozd_

        UNITED STATES DISTRICT JUDGE