UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB RUSSELL WILLIAMS,<br><br>    Petitioner,<br><br>    v.<br><br>RON DAVIS, Warden of California State Prison at San Quentin,<br><br>    Respondent. | Case No. 1:09-cv-01068-DAD<br><br>DEATH PENALTY CASE<br><br>ORDER GRANTING RESPONDENT'S UNOPPOSED MOTION FOR FIFTH EXTENSION OF TIME TO FILE OPPOSITION BRIEF<br>(Doc. No. 111)<br><br>ORDER FURTHER MODIFYING SCHEDULING ORDER<br>(Doc. No. 69) |

    Before the court is a motion by respondent warden Ron Davis, through his counsel California Deputy Attorney General Craig Meyers, to extend the deadline for filing his opposition brief on the application of 28 U.S.C. § 2254(d) to all claims in the amended petition from February 16, 2020 to April 16, 2020. This extension of time, respondent's fifth, is necessary due to the voluminous pleadings and record, the number and complexity of issues raised, and Deputy Attorney General Meyers' responsibilities in other matters and medical issues.

    Deputy Attorney General Meyers represents that counsel for petitioner, Assistant Federal Defender Harry Simon, does not oppose the requested extension.

1

The court finds good cause to grant the instant motion and thereupon further modify the court's schedule in this case.

Accordingly,

1. Respondent's unopposed motion for fifth extension of time to file and serve his opposition brief on the application of 28 U.S.C. § 2254(d) to all claims in the amended petition is granted to and including April 16, 2020.
2. Petitioner's reply brief on the application of 28 U.S.C. § 2254(d) to all claims in the amended petition shall be filed and served by not later than February 22, 2021.

IT IS SO ORDERED.

Dated: **January 30, 2020**

UNITED STATES DISTRICT JUDGE