UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB RUSSELL WILLIAMS,<br><br>    Petitioner,<br><br>    v.<br><br>RON DAVIS, Warden of California State Prison at San Quentin,<br><br>    Respondent. | Case No. 1:09-cv-01068-DAD<br><br>DEATH PENALTY CASE<br><br>ORDER GRANTING RESPONDENT'S UNOPPOSED MOTION FOR EIGHTH EXTENSION OF TIME TO FILE OPPOSITION BRIEF<br>(Doc. No. 119)<br><br>ORDER FURTHER MODIFYING SCHEDULING ORDER<br>(Doc. No. 69) |

    Before the court is a motion by respondent warden Ron Davis, through counsel deputy attorney general Craig Meyers, to extend the deadline for filing his opposition brief on the application of 28 U.S.C. § 2254(d) to all claims in the amended petition from August 14, 2020 to September 14, 2020. This extension of time, respondent's eighth, is necessary due to delays in completing final revisions to the draft brief exacerbated by the COVID-19 remote working environment.

    Mr. Meyers represents that counsel for petitioner, assistant federal defender Harry Simon, does not oppose the requested extension.

    The court finds good cause to grant the instant motion and thereupon further modify the

1

court's schedule in this case.

Accordingly,

1. Respondent's unopposed motion for an eighth extension of time to file and serve his opposition brief on the application of 28 U.S.C. § 2254(d) to all claims in the amended petition is granted to and including September 14, 2020.

2. Petitioner's reply brief on the application of 28 U.S.C. § 2254(d) to all claims in the amended petition shall be filed and served by not later than June 24, 2021.

IT IS SO ORDERED.

Dated:   **August 6, 2020**                                    /s/ Dale A. Drozd
                                                    UNITED STATES DISTRICT JUDGE