UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB RUSSELL WILLIAMS,<br><br>   Petitioner,<br><br>   v.<br><br>RONALD DAVIS, Warden of San Quentin State Prison,<br><br>   Respondent.[1] | Case No. 1:09-cv-01068-DAD<br><br>DEATH PENALTY CASE<br><br>ORDER (1) GRANTING PETITIONER'S UNOPPOSED MOTION TO SUBSTITUTE RESPONDENT, and (2) DIRECTING THE CLERK OF THE COURT TO SUBSTITUTE THE NAME OF WARDEN RAYMOND MADDEN FOR WARDEN RONALD DAVIS AS NAMED RESPONDENT |

On March 22, 2022, petitioner Bob Russell Williams, through appointed counsel Assistant Federal Defenders Harry Simon and Alyssa Mack, moved to substitute Raymond Madden, the Warden of the Richard J. Donovan Correctional Facility, as the respondent in this action in place of Ronald Davis, the Warden of San Quentin State Prison.

Counsel for petitioner advise that counsel for respondent, Deputy Attorney General Craig Meyers, has no objection to the motion.

The court, having reviewed petitioner's motion, the record, and the controlling law, will grant substitution of Warden Raymond Madden as named respondent, as discussed below.

---

[1] The court previously ordered that Ron Broomfield, Warden of San Quentin State Prison, shall be substituted in place of former Warden Ronald Davis. (Doc. No. 127 at 1 n.1.)

1

1  A petition for writ of habeas corpus by an applicant in custody under a state court
2 judgment shall name as respondent the state officer who has custody.  28 U.S.C. § 2242; Rules
3 Governing § 2254 Cases, Rule 2(a); *see also* Fed. R. Civ. P. 25(d) (providing for the automatic
4 substitution of a successor public officer for a predecessor public officer named as a party in an
5 official capacity).  A failure to name the proper respondent destroys personal jurisdiction.
6 *Stanley v. California Supreme Court,* 21 F.3d 359, 360 (9th Cir. 1994); *see also Johnson v.*
7 *Reilly,* 349 F.3d 1149, 1153 (9th Cir. 2003) (the warden of the penitentiary where a prisoner is
8 confined constitutes the custodian who must be named in the petition).

9  Petitioner was incarcerated at San Quentin State Prison at the time the initial petition was
10 filed. (Doc. No. 1 at 1; Doc. No. 1-1 at 1.)  Petitioner named the warden of that institution as
11 respondent. (Doc. No. 46 at 1.)  Counsel state that petitioner now has been transferred to the
12 Richard J. Donovan Correctional Facility in San Diego, California ("RJD"), and is in the
13 custody of the warden of that institution, Raymond Madden. (Doc. No. 129 at 1.)  The court
14 takes notice that the official website of the California Department of Corrections and
15 Rehabilitation  reflects: (i) the present warden of RJD is Raymond Madden, and (ii) petitioner
16 is presently incarcerated at RJD.  Fed. R. Evid. 201; California Department of Corrections and
17 Rehabilitation Inmate Locator, https://inmatelocator.cdcr.ca.gov/Results.aspx (last visited
18 April 27, 2022).

19  The court's jurisdiction over this proceeding is unaffected by petitioner's transfer to RJD.
20 Petitioner claims that in the course of the proceedings resulting in his conviction, he suffered
21 violations of his Constitutional rights. (Doc. No. 46 at 17-308.)  The challenged judgment was
22 rendered by the Kern County Superior Court of the State of California, which is located within
23 the territorial jurisdiction of this court. (Doc. No. 46 at 2); 28 U.S.C. §§ 84(b), 2241(a), (d),
24 2254(a); Local Rules for the Eastern District of California, Rule 191(f); *see also Francis v.*
25 *Rison,* 894 F.2d 353, 354 (9th Cir.1990) (citing *Smith v. Campbell,* 450 F.2d 829, 834 (9th
26 Cir.1971)) ("[J]urisdiction attaches on the initial filing for habeas corpus relief, and it is not
27 destroyed by a transfer of the petitioner and the accompanying custodial change.").
28 /////

Accordingly, petitioner's motion to substitute Raymond Madden, the Warden of the Richard J. Donovan Correctional Facility, as respondent in place of Ronald Davis, the Warden of San Quentin State Prison (Doc. No. 129), is granted. The Clerk of the Court is directed to substitute the name of Warden Raymond Madden for Warden Ronald Davis as the named respondent in this action.

IT IS SO ORDERED.

Dated: **April 27, 2022**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE